IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sales, Selida

Printed: 9/3/08

Case Number: 08 B 06955
Judge: Squires, John H
Filed: 3/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 525.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 525.00 |
| Totals: | 525.00 | 525.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 4. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 5. | Mortgage Electronic Registration Sys | Secured | 26,700.56 | 0.00 |
| 6. | Merrick Bank | Unsecured | 1,061.77 | 0.00 |
| 7. | Target National Bank | Unsecured | 171.13 | 0.00 |
| 8. | Capital One | Unsecured | 1,116.73 | 0.00 |
| 9. | Bass & Associates | Unsecured | 939.97 | 0.00 |
| 10. | Codilis & Associates | Secured |  | No Claim Filed |
| 11. | Carrington Mortgage Services, LLC | Secured |  | No Claim Filed |
| 12. | Orchard Bank | Unsecured |  | No Claim Filed |
| 13. | Credit One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,990.16 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sales, Selida

Printed:  9/3/08

Case Number:  08 B 06955
Judge:  Squires, John H
Filed:  3/24/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

